CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEBORAH KAY STOUT, | ) |
| | ) Civil Action No. 7:10cv00403 |
| Petitioner, | ) |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| WENDY HOBBS, Warden | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Respondent. | ) |

In accordance with the Memorandum Opinion entered on this date, it is **ORDERED** and **ADJUDGED** that respondent's motion to dismiss is **GRANTED,** Stout's 28 U.S.C. § 2254 petition is **DISMISSED,** and this action is **STRICKEN** from the docket of the court.

The Court finds that Deborah Stout has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), and **DENIES** a certificate of appealability.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel for respondent.

**ENTER**: This September 13, 2011.

_____
UNITED STATES DISTRICT JUDGE